UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20868-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

MICHAEL NUNEZ,
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

This matter came before the Court on the Defendant's request to enter a plea of guilty before a Magistrate Judge.

This matter was referred to Magistrate Judge John O'Sullivan on January 27, 2009. A Report and Recommendation filed on February 5, 2009, recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED that the Report and Recommendation of United States Magistrate Judge John O'Sullivan is hereby ADOPTED and APPROVED in its entirety. The Defendant is adjudged guilty as to Count 1 of the Indictment.

DONE AND ORDERED in Miami, Florida, this 13 day of March, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge John O'Sullivan
Counsel of Record